NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:24-cr-00472-MTK** |
| **v.** | **JOINT STATUS REPORT** |
| **RANDY WARREN KAHN,** | |
| **Defendant.** | |

Defendant Randy Kahn is charged by Indictment with Assault on Federal Employee using a Dangerous Weapon in violation of 18 U.S.C. § 111(a)(1) and (b). He is currently in custody.

On February 5, 2025, the Court found Mr. Kahn not competent to proceed, and he was committed to the custody of the Attorney General for restoration. The parties anticipate that it will be at least four months before we receive an update from BOP on Mr. Kahn's status, and we will promptly inform the Court upon receiving an update.

\\\

\\\

Speedy trial is excluded pursuant to pursuant to 18 U.S.C. § 3161(h)(4).

Respectfully submitted this 18th day of February 2025.

NATALIE K. WIGHT
United States Attorney

s/ *Jeffrey S. Sweet*
Jeffrey S. Sweet
Assistant United States Attorney

FIDEL CASSINO-DUCLOUX
Federal Public Defender

s/ *Megha Desai*
Megha Desai
Attorney for Randy Kahn