Megha Desai, OSB No. 141441
Assistant Federal Public Defender
Email: megha_desai@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY WARREN KAHN,<br><br>Defendant. | Case No.: 6:24-cr-00472-MTK<br><br>NOTICE OF INSANITY DEFENSE FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(a) |

Defendant Randy Kahn, through his attorney, Megha Desai, provides notice pursuant to Federal Rule of Criminal Procedure 12.2(a) that he intends to rely on the defense of insanity at the time of trial in this matter, and will be presenting expert testimony on that issue.

Dated: March 31, 2025.

*<u>/s/ Megha Desai</u>*
Megha Desai, OSB No. 141441